IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CAROLINA MATERIALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY d/b/a CNA INSURANCE, <br><br> Defendant. | Case No. 3:08-CV-00158 |

## ORDER GRANTING MOTION FOR ADMISSION OF
## ATTORNEY PRO HAC VICE

This cause has come before the Court upon the application of Edmund M. Kneisel, counsel for Carolina Materials, LLC, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED.

**SO ORDERED**.

Signed: May 2, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

US2000 10805533.1