IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:08-CV-00158

d

CAROLINA MATERIALS, LLC,
        Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY d/b/a
CNA INSURANCE,
        Defendant.

**ORDER FOR ADMISSION PRO HAC VICE**

This cause has come before the Court upon the application of Tonia ("Toni") L. Ross, counsel for Continental Casualty Company d/b/a CNA Insurance, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED.

**SO ORDERED.**

Signed: May 29, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge