UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-158

| | |
|---|---|
| CAROLINA MATERIALS, LLC, )<br>)<br>       Plaintiff, )<br>  v. )<br>)<br>CONTINENTAL CASUALTY COMPANY )<br>d/b/a CNA INSURANCE, )<br>)<br>       Defendant. )<br>_____) | ORDER EXTENDING<br>CERTAIN DATES IN<br>PRE-TRIAL ORDER AND<br>CASE MANAGEMENT<br>PLAN (PROPOSED) |

This Court having considered the parties' Joint Motion for Extension of Time to File Preliminary Motions and Responses, and finding cause therefore, it is hereby:

ORDERED, that the Court's Pre-Trial Order and Case Management Plan is amended as follows:

1. The deadline for filing preliminary motions, as discussed in the pretrial conference and set forth in Section II. A. of this Court's Pretrial Order and Case Management Plan, is amended to January 5, 2009.

2. Responses to said preliminary motions shall be filed no later than February 5, 2009.

3. All other deadlines stated in the Court's Order of August 27, 2008, remain the same.

1

**SO ORDERED.**

Signed: November 21, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

14231697.1