IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV158-C

| | |
|---|---|
| CAROLINA MATERIALS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CONTINENTAL CASUALTY COMPANY, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Eric Lee]" (document #29) filed December 5, 2008. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: December 5, 2008

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge