IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV158-RJC-DSC

| | |
|---|---|
| CAROLINA MATERIALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| ) | |
| CONTINENTAL CASUALTY CO., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Jordan Cohen]" (document #35) filed April 8, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 9, 2009

David S. Cayer
United States Magistrate Judge