IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:08-CV-00158

| | |
|---|---|
| **CAROLINA MATERIALS, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CONTINENTAL CASUALTY COMPANY** | ) |
| **d/b/a/ CNA INSURANCE,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE TO TAKE THE VIDEO-TAPED DEPOSITION
OF IAN RATNER**

**TO: Ian Ratner, c/o Eric Lee, Lee & Amtzis, P.L., 5550 Glades Road, Suite 401, Boca Raton, FL 33431.**

You are hereby notified that on Wednesday, October 14, 2009, beginning at 9:00 a.m., the video-taped deposition of Ian Ratner will be taken at the law offices of Cranfill, Sumner & Hartzog, 2907 Providence Road, Suite 200, Charlotte, NC 28211. Said deposition will be taken upon oral examination pursuant to the Federal Rules of Civil Procedure for use in the trial of the above-styled case as evidence and for all such purposes as may be permitted by law. The deposition will be taken before an officer duly authorized to administer oath and to take depositions and will be recorded

by a videographer. The deposition will continue from day to day until complete.

You are required by this Notice to present yourself for oral examination.

This 6th day of October, 2009.

/s/ David M. Leonard
David M. Leonard
Georgia Bar No. 446625
Email: dleonard@carltonfields.com

Toni Ross Weir
Georgia Bar No. 612610
Email: tweir@carltonfields.com

Carlton Fields P.A.
1201 West Peachtree Street NW
One Atlantic Center, Suite 3000
Atlanta, Georgia 30309-3455
Office:   404.815.3380
Facsimile: 404.815.3415

Robert M. Rubin, Esq.
North Carolina Bar No. 22301
Email: rrubin@cshlaw.com

Cranfill Sumner & Hartzog LLP
Post Office Box 30787
Charlotte, North Carolina 28230
Office:   704.332.8300
Facsimile: 704.332.9994

*ATTORNEYS FOR DEFENDANT*
*CONTINENTAL CASUALTY COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2009, I electronically filed this **DEFENDANT'S NOTICE TO TAKE THE VIDEOTAPED DEPOSITION OF IAN RATNER** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Eric Lee
> lee@leeamlaw.com
> Lee & Amtzis, P.L.
> 5550 Glades Road, Suite 401
> Boca Raton, Florida 33431
>
> Michael L. Carpenter
> mcarpenter@gastonlegal.com
> Gray, Layton, Kersh, Solomon,
>   Furr & Smith, P.A.
> 516 South New Hope Road
> Gastonia, North Carolina 28053

October 6, 2009.

>               /s/ David M. Leonard
> David M. Leonard
> Georgia Bar No. 446625
> Email:  dleonard@carltonfields.com
>
> Carlton Fields P.A.
> 1201 West Peachtree Street NW
> One Atlantic Center, Suite 3000
> Atlanta, Georgia 30309-3455
> Office:     404.815.3380
> Facsimile:  404.815.3415