UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-158-RJC

| | |
|---|---|
| CAROLINA MATERIALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| CONTINENTAL CASUALTY COMPANY/CNA INSURANCE COMPANIES, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court sua sponte. This case is currently set for trial on March 1, 2010. In light of the unresolved dispositive motions, the trial date is rescheduled for a later date. Once the pending motions are ruled upon, the Court contact the parties and set the new trial date.

Signed: February 8, 2010

Robert J. Conrad, Jr.
Chief United States District Judge

1